UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,                                          Case No. 3:14-CR-30203-DRH

v.

Christopher W. Kreider,

    Defendant,

## ORDER

This matter having come before the Court on Plaintiff's Motion to Dismiss Writ of Execution (**Doc 45**), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** the Writ of Execution as to the 2005 Chevrolet K1500 is hereby **DISMISSED**.

**IT IS SO ORDERED.**

**Signed this 15th day of June, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.06.15 16:27:18 -05'00'

**United States District Judge**